UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WALTER INVESTMENT
MANAGEMENT CORP.,

    Plaintiff,

vs.                                       CASE NO. 8:14-CIV-796-T-EAK-TGW

WALTER ENERGY, INC.,

    Defendant.
_____/

**ORDER DENYING MOTION**

    This cause is before the Court on the Defendant's motion to stay this action (Doc. 7) and opposition thereto.  The Defendant moves the Court to stay this action until the district court in Alabama has ruled on motions pending in a case between these two parties.  In the Alabama case Walter Energy, Inc. sued Walter Investment Management Corporation in a declaratory judgment action.  The Defendant asserts that the stay is for a reasonable and limited period of time and that it will promote judicial economy and convenience of the parties.

The Plaintiff opposes the stay for several reasons: possibility of prejudice to the Plaintiff while the Defendant has failed to make a clear case of hardship or inequity if the stay is denied; the interests of justice do not justify a stay; the Alabama case is not the first filed; and the Middle District of Florida is the proper forum for resolution of the issues in this case. The Plaintiff points out that the Defendant has a motion pending in the Alabama court to conduct discovery on the issues pending in the motion to dismiss in that case. The pending discovery motion makes uncertain whether the motion to dismiss in Alabama will be resolved in a reasonable amount of time. The Court has reviewed the motion and all supporting documentation and finds the response to be well-taken. The Court in its discretion does not find that a stay is appropriate in this matter.   Accordingly, it is

**ORDERED** that the Defendant's motion to stay this action (Doc. 7) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 9th day of September, 2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record